# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHN COLLISON                                                                   PLAINTIFF

v.                  NO. 4:16CV00203 JLH-PSH

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and John Collison's complaint is DISMISSED with prejudice.

DATED this 19th day of April, 2017.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE