# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHN COLLISON                                                                                    PLAINTIFF

v.                                    NO. 4:16CV00203 JLH-PSH

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                                   DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 19th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE